FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

04 MAY 19 PM 12: 43

CLERK...
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JAMES F. JOLLEY,

           Plaintiff,

vs.

CASE NO. 6:04-CV-742-ORL-19KRS

Rec # 15274
$150
S.I.

KELLY'S AUTOMOTIVE OF
DELTONA, INC., a Florida
Corporation, and GARY KELLY,

           Defendants
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, JAMES F. JOLLEY, (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel and sues the Defendants, KELLY'S AUTOMOTIVE OF DELTONA, INC., a Florida Corporation, and GARY KELLY (hereinafter referred to collectively as the "Defendants"), and states as follows:

### INTRODUCTION

1.    This is an action by Plaintiff against his former employer for unpaid overtime wages, pursuant to the Fair Labor Standards Act ("FLSA") Plaintiff seeks damages and a reasonable attorney's fee.

### JURISDICTION

2.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b).

## VENUE

3.  The venue of this Court over this controversy is proper based upon the claim arising in Deltona, Volusia County, Florida.

## THE PARTIES

4.  From October 30, 1999 through November 14, 2003, Plaintiff was employed by Defendant, KELLY'S AUTOMOTIVE OF DELTONA, INC., as an automobile technician, at its business located in Deltona, Volusia County, Florida.

5.  The Defendant, KELLY'S AUTOMOTIVE OF DELTONA, INC., is a Florida corporation that operates a automobile repair company and is based in Deltona, Florida. Defendant, KELLY'S AUTOMOTIVE OF DELTONA, INC., is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facility where Plaintiff was employed.

6.  Plaintiff was an employee of KELLY'S AUTOMOTIVE OF DELTONA, INC., and at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

7.  Alternatively, Defendant, KELLY'S AUTOMOTIVE OF DELTONA, INC., is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

8.  Defendant, GARY KELLY was at all times material hereto, the owner and/or officer of Defendant, KELLY'S AUTOMOTIVE OF DELTONA, INC.

9. Defendant, GARY KELLY at all times material hereto were acting directly or indirectly in the interest of Defendant, KELLY'S AUTOMOTIVE OF DELTONA, INC., in relation to the Plaintiff's employment and was substantially in control of the terms and conditions of the employee's work and is therefore considered a statutory employer under 29 U.S. C. 203(d).

10. Plaintiff has retained the Pantas Law Firm to represent him in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

11. Throughout the employment of the Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e)    Such other relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

Dated: 10/18/04

CHARLES SCALISE, ESQ.
Florida Bar No.: 0776327
PANTAS LAW FIRM, P.A.
1720 Orange Avenue, Suite 302
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff